# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| FREDA WHITE, Personal Representative of the Estate of ALBERT WHITE, FREDA WHITE, RICHARD WHITE, TERRENCE WHITE, and NANCY HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | Hon. Lonny R. Suko<br><br>No. CV-05-3054-LRS<br><br>ORDER AND JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

## ORDER AND JUDGMENT

Pursuant to the foregoing Stipulation it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in this action are dismissed with prejudice and without costs to any party.

ORDER AND JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – PAGE 1

281859 / 235.0310

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

DATED this  7th  day of  June              , 2006.

s/Lonny R. Suko
_____
Honorable Lonny R. Suko
United States District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.
Attorneys for Defendant Pride Mobility
Products Corporation

By: *[signature]*
_____
Roy A. Umlauf, WSBA #15437
Kenneth M. Roessler, WSBA #31886

MCGAVICK GRAVES, PS
Attorney for Plaintiffs

By: *[signature]*
_____
Kendall Michael Jennings, WSBA #3076

ORDER AND JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH
PREJUDICE – PAGE 2

281859 / 235.0310

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX